IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WildEarth Guardians *et al.*, | ) |
| | ) No. 15-cv-000285-TUC-JGZ |
| Plaintiffs, | ) |
| | ) Consolidated with: |
| vs. | ) No. 15-cv-00019-TUC-JGZ |
| | ) (lead) |
| Greg Sheehan *et al.*, | ) No. 15-cv-000179-TUC-JGZ |
| | ) |
| Federal-Defendants. | ) PROPOSED ORDER |

Having considered Plaintiffs' motion to transfer, and good having been shown, the motion is hereby GRANTED.

It is hereby ORDERED that *WildEarth Guardians v. Zinke,* 18-cv-00048-RCC, is transferred to this Court.

DATED this _____ day of _____ 2018.

_____
The Hon. Jennifer G. Zipps
U.S. District Court Judge

1